appellees and their counsel may feel that they have been judicially ambushed.

The court below, in preparing its judgment which is quoted in full in the majority opinion, wrote a meticulous decision, correctly applying the law as it had been administered by the Department of Banking and Finance to the facts of this case.

I strongly object to the interpretation of the Bank Holding Law given by the majority. The trial court, in my opinion, was eminently correct, and I would affirm its judgment.

## 27609. SHAPIRO v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 4, 1973.

David M. Shapiro, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Frank M. Palmour, Assistant Attorneys General,* for appellee.

## 27615. CARTER v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 4, 1973.

John Alvin Carter, *pro se.*

## 27361. JORDAN v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 5, 1973

William Jordan, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, W. Hensell Harris, Jr., Assistant Attorneys General,* for appellee.

## 27371. CARLTON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*
DECIDED JANUARY 5, 1973.

John Ellman Carlton, *pro se.*
*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, W. Hensell Harris, Jr., Assistant Attorneys General,* for appellee.

## 27418. WYMS v. AULT.

The trial court did not err in remanding the appellant to custody.